**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey Alain Weidner, | ) | |
| | ) | Case No. 1:25-cr-125 |
| Defendant. | ) | |

On August 15, 2025, the court issued an order conditionally releasing Defendant to the Prairie Recovery Center for treatment. (Doc. No. 39). On October 8, 2025, the court issued an order modifying Defendant's release conditions to allow him to transition to and reside at Blessed Builders. (Doc. No. 41).

On May 7, 2026, Defendant filed a motion to further modify his release conditions to allow him to reside at a private residence pending his sentencing hearing. (Doc. No. 95). Therein he advises that his employer, the Prairie Recovery Center, has an apartment he can rent and move into on May 11, 2026.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 95) and modifies Defendant's release conditions as follows. On May 11, 2026, Defendant may transition to and reside at an address approved by the Pretrial Services Officer. Defendant shall not change this residence without the prior permission of the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court